**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
EMILIO CASTRO, SANTOS VASQUEZ, and
JOSE ELIAS MALDONADO, on behalf of
themselves and others similarly-situated,

                Plaintiffs,

   - against -                                    **JUDGMENT**
                                                        CV 20-3550 (SJF)(AKT)
CHRIS FOOD SERVICES, INC., and
DENNIS PAVLATOS,

                Defendants.
----------------------------------------------------------------X

     A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on April 20, 2021, accepting Defendants' April 20, 2021 offer to allow judgment against them by Plaintiffs in the amount of $125,000.00, inclusive of all attorney's fees, costs and expenses to the date of the offer, in full satisfaction of all of Plaintiffs' claims against Defendants, arising out, alleged in, or related to the facts and transactions alleged in the action, it is

     **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Emilio Castro, Santos Vasquez, and Jose Elias Maldonado against Defendants Chris Food Services, Inc., and Dennis Pavlatos in the amount of $125,000.00, inclusive of all attorney's fees, costs and expenses to the date of the offer, in full satisfaction of all of Plaintiffs' claims against Defendants, arising out, alleged in, or related to the facts and transactions alleged in the action; and that this case is closed.

Dated:  April 21, 2021
          Central Islip, New York

                                                                       DOUGLAS C. PALMER
                                                                       CLERK OF THE COURT
                                                         By:    /s/ James J. Toritto
                                                                         Deputy Clerk